UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JACOB LYLE STRICKLER, <br><br> Plaintiff, <br><br> vs. <br><br> FRANK BISIGNANO, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION; <br><br> Defendant. | 4:25-CV-04198-VLD <br><br> ORDER ON MOTION FOR ATTORNEYS' FEES AND COSTS <br><br> DOCKET NO. 23 |

Plaintiff moves for attorneys' fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  See Docket No. 23.  The Commissioner does not object.  See Docket No. 26.  Accordingly, it is hereby

ORDERED that plaintiff's motion is granted.  Plaintiff is awarded EAJA attorneys' fees and expenses in the total amount of $9,398.70 ($8,850.00 in attorney's fees plus $548.70 in South Dakota sales tax) to be paid by the Social Security Administration.  Funds shall be made payable to plaintiff but sent to plaintiff's counsel after it has been determined there is no offset owed to the government by Jacob Lyle Strickler, or after such offset has been subtracted. See Astrue v. Ratliff, 560 U.S. 586, 598 (2010).

It is further

ORDERED that the government shall pay to Jacob Lyle Strickler out of the Judgment Fund expenses in the form of the filing fee in this case of $405.00.

DATED this 1st day of June, 2026.

BY THE COURT:

VERONICA L. DUFFY
United States Magistrate Judge

2